## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Southern District of Georgia

The State of Georgia, et al

    Plaintiff(s),

VS.

Chiquita Brooks-Lasure, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services, et al

    Defendant(s).

Attorney: G. Todd Carter, Esq.

Consovoy McCarthy, PLLC
1600 Wilson Blvd., #700
Arlington VA 22209



*273921*

Case Number: 2:22-cv-00006-LGW-BWC

Legal documents received by Same Day Process Service, Inc. on **01/24/2022** at **5:22 PM** to be served upon Chiquita Brooks-Lasure, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services at 200 Independence Ave., SW, Washington, DC 20201

I, **Cora Heishman**, swear and affirm that on **January 27, 2022** at **4:11 PM**, I did the following:

Served **Chiquita Brooks-Lasure, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** by **Certified Mailing** to **Chiquita Brooks-Lasure, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services** at **200 Independence Ave., SW , Washington, DC 20201**.

**Supplemental Data Appropriate to this Service:** On 01/27/2022, a copy of the legal documents was certified mailed to the subject with receipt number: 70212720000056443441 to the address of: 200 Independence Ave., SW, Washington, DC 20201

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[Signature]*

Cora Heishman
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:273921

