# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:22-cv-6 |

## BRIEFING SCHEDULING ORDER

This matter is before the Court on the parties' Joint Motion for a Briefing Schedule, for a Stay of Other Case Deadlines, and to Expedite Hearing and Decision. Doc. 17. The parties jointly propose the Court impose a consolidated briefing schedule in connection with Plaintiffs' currently pending motion for summary judgment. Id. at 2. Defendants have indicated their desire to file a motion to dismiss the Complaint in conjunction with a cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. Id. In consideration of the parties' requests, the Court enters the following briefing schedule:

| EVENT | DEADLINE |
|---|---|
| Defendants' Production of the Administrative Record <br><br> Defendants' Motion to Dismiss, Cross-Motion for Summary Judgment, and Opposition to Plaintiffs' Motion for Summary Judgment | May 5, 2022 |
| Plaintiffs' Reply in Support of Their Motion for Summary Judgment, Opposition to Defendants' Motion to Dismiss, and Opposition to Defendants' Cross-Motion for Summary Judgment | May 26, 2022 |

| Defendants' Reply in Support of Their Motion to Dismiss and Cross-Motion for Summary Judgment | June 16, 2022 |
|---|---|

The parties also jointly move for a stay of any case-management deadlines outside of the above briefing schedule. Doc. 17 at 2. The parties state since this case is an action for review on an administrative record, no additional case-management deadlines would be needed. Id. For good cause shown, the Court hereby **GRANTS** the request and **STAYS** all other case management deadlines. The stay will lift automatically should any issues remain in the case after ruling on the motions for summary judgment and motion to dismiss.

Finally, the parties ask the Court to set a hearing and enter a decision as soon as feasible thereafter. The Court defers ruling on this request at this time.

**SO ORDERED**, this 4th day of April, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA