IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA; GEORGIA DEPARTMENT OF COMMUNITY HEALTH,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHIQUITA BROOKS-LASURE, in her official capacity as Administrator, Centers for Medicare & Medicaid Services, et al.,<br><br>*Defendants*. | Case No. 2:22-cv-6-LGW-BWC |

**UNOPPOSED MOTION OF THE NATIONAL HEALTH LAW PROGRAM, THE SOUTHERN POVERTY LAW CENTER, GEORGIANS FOR A HEALTHY FUTURE, GEORGIA LEGAL SERVICES PROGRAM, THE GEORGIA INTERFAITH PUBLIC POLICY CENTER, AND ATLANTA LEGAL AID SOCIETY FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, CROSS-MOTION FOR SUMMARY JUDGMENT**

The National Health Law Program, the Southern Poverty Law Center, Georgians for a Healthy Future, Georgia Legal Services Program, the Georgia Interfaith Public Policy Center, and Atlanta Legal Aid Society respectfully request leave to file an *amicus* brief in support of the Defendants. A copy of the proposed brief is attached to this motion. All parties to this litigation have consented to the filing of the brief.

**Identity and Interests of the *Amici Curiae***

Founded in 1969, the National Health Law Program is a public interest organization dedicated to improving access to quality health care for low-income and underserved individuals. The National Health Law Program advocates, educates, and litigates at the federal and state levels. Since its founding, one of the Program's priorities has been to ensure that Section 1115

1

demonstration projects meet the procedural and substantive requirements that Congress set forth for their approval.

The Southern Poverty Law Center (the "SPLC") is a catalyst for racial justice in the South and beyond, working in partnership with communities to dismantle white supremacy, strengthen intersectional movements, and advance the human rights of all people. The Economic Justice Project at the SPLC works creatively alongside, and under the leadership of, directly impacted community members to provide legal advocacy, support, and education to dismantle exploitative systems that deprive people of wealth on account of their race and economic status and to support equitable systems of self-determination and economic reinvestment, particularly in historically marginalized Black and Brown communities. To advance that work, SPLC litigates and advocates to make sure access to healthcare is not dependent on a person's race or economic status. This includes advocating for meaningful access to State Medicaid programs in the South.

Georgians for a Healthy Future ("GHF") is a consumer health advocacy organization that collaborates with directly impacted community members and convenes partner groups to advance policy change that fosters health equity for all Georgians. GHF analyzes health data and policies; collects personal testimonies from Georgians; develops understandable health policy information and actionable tools for Georgians advocating about issues that impact their health; and engages with state and federal policy makers on such issues. One of GHF's long-standing policy priorities is to ensure Georgia's Medicaid program provides fair, adequate, and equitable coverage to meet the health needs of low-income and marginalized Georgians.

Georgia Legal Services Program ("GLSP") provides civil legal services to Georgians in the 154 counties outside of metropolitan Atlanta. GLSP's mission is to provide free civil legal services to persons with low incomes, creating equal access to justice and opportunities out of

poverty. GLSP represents Georgia families, primarily with incomes less than 125% of the federal poverty level to secure their rights, including access to healthcare through the Georgia Medicaid program. GLSP has litigated Medicaid rights for our clients in the Georgia appellate and federal courts and has clients who will be adversely impacted if the proposed work requirements or premium charges for Medicaid eligibility are implemented by the State.

The Georgia Interfaith Public Policy Center ("GIPPC") is a state-wide organization whose mission is to educate, empower, and advocate for the common good by uniting Georgia's people of faith. Our work arises from mutual faith-based values of love, justice, mercy, and hospitality. It demonstrates neither love, justice, nor mercy to limit healthcare coverage to *some* of the poor in Georgia and exclude others through work requirements and premiums.

Since 1924, Atlanta Legal Aid Society has offered free civil legal aid for low-income people across metro Atlanta. We regularly help clients with medical problems and specifically with issues relating to the Medicaid program. We are home to a Health Law Unit that helps clients with chronic conditions access health insurance, among other services. Because we often see uninsured Georgians in our work, Atlanta Legal Aid is particularly able to identify issues with recent Medicaid proposals.

As such, the *amici* have a strong interest in the outcome of this case.[1]

**The Proposed Brief Will Provide Valuable Information to the Court and is Timely.**

District courts "possess the inherent authority to appoint 'friends of the court' to assist in their proceedings." *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n. 34 (11th Cir. 2006). "Courts typically grant amicus status where the parties contribute to the court's

---

[1] *Amici curiae* state that no counsel for a party authored this brief in whole or in part and no person, other than the *amici*, its members, or its counsel made a monetary contribution to its preparation or submission.

understanding of the matter in question by proffering timely and useful information." *Georgia Aquarium, Inc. v. Pritzker*, 135 F. Supp. 3d 1280, 1289 (N.D. Ga. 2015) (internal quotations and citations omitted).

As organizations that work with and represent low-income individuals in the South, the *amici* bring a unique perspective to the issues in this case. The information offered in the *amicus* brief will assist the Court in understanding the role of Section 1115 in the Medicaid program and the effect of premiums and work requirements on individuals who are eligible for Medicaid. *See id*. (granting motion to file *amicus* brief where the *amici* offer relevant "scientific and legal context").  The brief does not duplicate information already provided by the parties.

In addition, the *amicus* brief is timely. *Amici* are submitting their brief in support of the Defendants one week after the Defendants filed their Motion to Dismiss or, in the Alternative, Motion for Summary Judgment. *See* ECF No. 23. The Plaintiffs have ample opportunity to respond to the *amicus* brief in their Reply and Opposition, which is not due until May 26, 2022. *See* Briefing Scheduling Order, ECF No. 19. Thus, allowing the *amici* to participate would not prejudice any party or cause any delay in the proceedings.

For the foregoing reasons, the *amici* request that this Court grant leave to file the *amicus* brief.

Dated: May 12, 2022                                                  Respectfully submitted,

/s/ *Jane Perkins*
Jane Perkins*
North Carolina Bar No.: 9993
Catherine McKee*
North Carolina Bar No.: 47109
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308
perkins@healthlaw.org

/s/ *Caitlin J. Sandley*
Caitlin J. Sandley
Georgia Bar No.: 61030
SOUTHERN POVERTY LAW CENTER
400 Washington Ave.
Montgomery, Alabama 36104
(334) 303-6822
cj.sandley@splcenter.org

Jamie Rush*†
Georgia Bar No.: 999887
Malissa Williams* †
Georgia Bar No.: 964322
Thomas Jurgens †
Georgia Bar No.: 103911
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(404) 673-6523
jamie.rush@splcenter.org

*Counsel for Amici Curiae*

\* petition for *pro hac vice* pending
† petition for admission pending

## CERTIFICATE OF SERVICE

  Per Local Rule 5.1, the *amici* certify that they effected service of this filing on all parties to this action by filing it with the Court's electronic filing system.

Dated: May 12, 2022              /s/ *Caitlin J. Sandley*
                          Caitlin J. Sandley