IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| THE STATE OF GEORGIA; GEORGIA DEPARTMENT OF COMMUNITY HEALTH,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHIQUITA BROOKS-LASURE, in her official capacity as Administrator, Centers for Medicare & Medicaid Services, et al.,<br><br>*Defendants.* | Case No. 2:22-cv-6-LGW-BWC |

**[PROPOSED] ORDER ON UNOPPOSED MOTION OF THE NATIONAL HEALTH LAW PROGRAM, THE SOUTHERN POVERTY LAW CENTER, GEORGIANS FOR A HEALTHY FUTURE, GEORGIA LEGAL SERVICES PROGRAM, THE GEORGIA INTERFAITH PUBLIC POLICY CENTER, AND ATLANTA LEGAL AID SOCIETY AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, CROSS-MOTION FOR SUMMARY JUDGMENT**

Before the Court is the Motion of the National Health Law Program, the Southern Poverty Law Center, Georgians for a Healthy Future, Georgia Legal Services Program, the Georgia Interfaith Public Policy Center, and Atlanta Legal Aid Society for Leave to File a Brief as *Amici Curiae* in Support of Defendants' Motion to Dismiss or, in the Alternative, Cross-Motion for Summary Judgment. The motion is GRANTED. The Clerk of the Court is instructed to file the brief of *amici curiae*.

Dated:

SO ORDERED:

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA