# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV222-6**  
TITLE **The State of Georgia v. Chiquita Brooks-LaSure**  
TIMES **10:03 - 11:23**

DATE **06/28/2022**  
TOTAL **1 Hour 20 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  
Court Reporter : **Debra Gilbert**

Courtroom Deputy : **Whitney Sharp**  
Interpreter :

**Attorney for Plaintiff**  
Jeffrey M. Harris  
Todd Carter  
Paul Scott

**Attorney for Defendant(s)**  
Vinita Andrapalliyal  
Woelke Leithart

**Defendant(s)**

PROCEEDINGS : **Motion Hearing**

☑ In Court  
☐ In Chambers

**Case called hearing on cross motions for summary judgment and motion to dismiss.**  
**Plaintiff 10:05 - 10:38 / Defendant 10:38 - 11:11**  
**Plaintiff 11:11 - 11:17 / Defendant 11:17 - 11:20**  
**The record is held open for 10 days for any additional briefing.**

(Rev 7/2003)                                                                                                                      GENERAL CLERK'S MINUTES