# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

|                                                                                                                                                                                      |                |
| ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ | -------------- |
| THE STATE OF GEORGIA, and GEORGIA DEPARTMENT OF COMMUNITY HEALTH,<br><br>   Plaintiffs,<br><br>   v.<br><br>CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services, et al.,<br><br>   Defendants. | 2:22-CV-006 |

**ORDER**

The Court conducted a hearing today on the parties' cross dispositive motions. See Docket Entry of 5/17/2022; see also Dkt. Nos. 13, 23, 43, 44. The record shall remain open for ten (10) days for any additional submissions the parties wish to file on the merits, and the parties are **DIRECTED** to file briefs within ten (10) days addressing the propriety of remand without vacatur in the event the Court finds the agency action in this case was arbitrary, capricious, or contrary to law. See 5 U.S.C. § 706(2); Black Warrior Riverkeeper, Inc. v. U.S. Army Corps. Of Eng'rs, 781 F.3d 1271, 1289-92 (11th Cir. 2015).

**SO ORDERED** this 28th day of June, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA