AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THE STATE OF GEORGIA, and GEORGIA
DEPARTMENT OF COMMUNITY HEALTH,

    Plaintiffs,

v.

CHIQUITA BROOKS LASURE, in her official capacity as
Administrator of the Centers for Medicare and Medicaid
Services, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:22-cv-6

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 19, 2022, Plaintiff's motion for summary judgment is granted, and Defendant's cross motion for dismissal or summary judgment is denied.

The rescission of Georgia Pathways is hereby held unlawful and set aside. This action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

August 19, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk